## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN WHITING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 09-455 (RJL) |
| | ) |
| AARP and UNITED HEALTHCARE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this

___ day of March, 2010, hereby

**ORDERED** that the defendant United HealthCare's Motion to Dismiss [#15] is

**GRANTED**; and it is further

**ORDERED** that the defendant AARP's Motion to Dismiss [#17] is **GRANTED**;

and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge